| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mazzant, Amos L. | U.S. District Court, Eastern District of Texas | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III, active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Paul Brown United States Courthouse
101 E. Pecan Street
Sherman, Texas 75090

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member (name changed from "Director" in December 2018) | Dallas Summer Musicals |
| 2. | Officer | Judge Paul Brown American Inn of Court |
| 3. | Federal Court Liaison (non-voting) | State Bar of Texas |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Judicial Retirement System of Texas; no control; not vested |
| 2. | 2004 | Texas County and District Retirement Systems; no control; not vested |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Sherman I.S.D., Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Young Lawyers Association | January 5-7, 2018 | College Station, Texas | TYLA Nominations Meeting | Mileage, Hotel, Food |
| 2. | State Bar of Texas | January 25-27, 2018 | San Antonio, Texas | Board of Directors Meeting | Mileage, Hotel, Food |
| 3. | The University of Texas at Austin School of Law | March 1-3, 2018 | Alexandria, Virginia | Panelist - Advanced Patent Law Institute | Transportation, Hotel, Food |
| 4. | New York University School of Law | March 29-31, 2018 | New York, New York | Panelist - Civil Jury Project | Transportation, Hotel, Food |
| 5. | State Bar of Texas | June 20, 2018 | Houston, Texas | Board of Directors Annual Meeting | Transportation, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

| 6. | State Bar of Texas/Texas Young Lawyers Association | November 9, 2018 | Austin, Texas | Federal Court Practice Planning Committee Meeting | Transportation, Food |
|---|---|---|---|---|---|
| 7. | New York University School of Law | November 28-30, 2018 | New York, New York | Panelist - Sixth Annual IP Institute | Transportation, Hotel, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   JPMorgan Chase & Co Accounts | A | Interest | L | T | | | | | |
| 2.   T. Rowe Price Government Money Fund | A | Dividend | K | T | | | | | |
| 3.   T. Rowe Price Science & Technology Fund | A | Dividend | J | T | Sold (part) | 07/26/18 | J | | |
| 4.   T. Rowe Price Equity Income Fund (IRA) | C | Dividend | K | T | | | | | |
| 5.   T. Rowe Price Equity Index 500 Fund (IRA) | A | Dividend | K | T | | | | | |
| 6.   T. Rowe Price New Horizons Fund (IRA) | C | Dividend | K | T | | | | | |
| 7.   T. Rowe Price Spectrum Growth Fund (IRA) | C | Dividend | K | T | | | | | |
| 8.   T. Rowe Price Spectrum International Fund (IRA) | B | Dividend | K | T | | | | | |
| 9.   Vanguard Wellington Fund (457) | A | Dividend | J | T | | | | | |
| 10.  Vanguard Institutional Index Fund (457) | A | Dividend | J | T | | | | | |
| 11.  Vanguard Growth Fund (457) | A | Dividend | J | T | | | | | |
| 12.  Fidelity Diversified International Fund (457) | A | Dividend | J | T | | | | | |
| 13.  Lord Abbott Small Cap Value Fund (457) | A | Dividend | J | T | | | | | |
| 14.  Judicial Retirement System Account | B | Interest | L | T | | | | | |
| 15.  Texas County and District Retirement Account | A | Interest | J | T | | | | | |
| 16.  Teachers Retirement Texas | B | Interest | L | T | | | | | |
| 17.  Texas Educators Federal Credit Union Savings Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. T. Rowe Price New Horizons (Roth IRA) | A | Dividend | J | T | | | | | |
| 19. American Century Investments All Cap Growth (formerly Gift Trust) | A | Dividend | J | T | | | | | |
| 20. T. Rowe Price Science & Technology Fund (JT) | D | Dividend | K | T | | | | | |
| 21. State Farm: Universal Life | A | Interest | J | T | | | | | |
| 22. State Farm: Universal Life II | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amos L. Mazzant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544